1  SMBsh
   Scott MacMillan Baker
2  Attorney at Law
   LAW OFFICES OF SCOTT MacMILLAN BAKER, P.C.
3  4562 N. First Avenue, Suite 100
   Tucson AZ 85718
4  (520) 629-0900
   Facsimile (520) 293-3070
5  Pima County Computer No. 2392
   bakerlawpc@qwestoffice.net
6  Attorney for Defendant John Doe,
    IP address 63.226.53.15

7

8

9

10

11                  UNITED STATES DISTRICT COURT

12                   FOR THE DISTRICT OF ARIZONA

13  K-BEECH, INC.,                    )
                                      )   NO. CV-11-01604-PHX-NVW
14            Plaintiff,              )
                                      )   **AMENDED
15  vs.                               )   OBJECTION TO SUBPOENA ISSUED
                                      )   & SERVED ON QWEST
16  JOHN DOS 1-54,                    )   COMMUNICATIONS & MOTION TO
                                      )   QUASH SUBPOENA**
17                                    )
              Defendant.              )
18  _____    )

19          COMES NOW the JOHN DOE identified by IP address 63.226.53.15, by and through

20  undersigned counsel, and hereby objects to the issuance and service of the subpoena on Qwest

21  Communications and moves to quash said subpoena pursuant to Rule 45 (c)(3) of the Federal Rules

22  of Civil Procedure, as follows:

23          That the issuance of the subpoena on Qwest Communications is an invasion of the

24  privacy of JOHN DOE, IP address 63.226.53.15 and therefore the information is privileged;

25          That the Plaintiff can provide no verification that said IP address, 63.226.53.15, was

26  not breached by an outside party and absent any assurance that the IP address could only have been

27  accessed by the owner of the IP address, the Court should not allow this information to be produced

28  as it contains personal information that one can expect to be private;

1          That the allegations of the Complaint require some kind of compliance, knowledge and intent which cannot be established by the party causing the issuance of the subpoena;

         That maintenance records of the Defendant JOHN DOE's computer show that, during the time around when this incident allegedly took place, the computer that was owned by the registered owner of the IP address 63.226.53.15 was infected by a virus (see attached maintenance records which by this reference are made a part hereof and which records have been redacted only as to the actual name and address of the owner of the computer).  A recent review of said computer shows that none of the programs exist nor any of the data exists that the Plaintiff claims was downloaded.

         Therefore Defendant JOHN DOE, IP address 63.226.53.15, requests that Qwest Communications be instructed not to comply with the request in the subpoena which was served upon it; and further that this Court quash said subpoena..

         Respectfully submitted this 18th day of October, 2011.

                   LAW OFFICES OF SCOTT MacMILLAN BAKER, P.C.
                   Attorney for Defendant, John Doe, IP address
                    63.226.53.15


                   By_____s/ sb 7056_____
                        Scott M. Baker