**STEVENS LAW OFFICE, PLC**
Ryan J. Stevens (AZ Bar No. 026378)
309 N. Humphreys Street, Ste. 2
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K-BEECH, INC., <br><br> Plaintiff. <br><br> v. <br><br> JOHN DOES 1-54, <br><br> Defendants. | Case No. 2:11-cv-01604-NVW <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 53 ONLY** |

PLEASE TAKE NOTICE that K-BEECH, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses with prejudice Doe Defendant 53 who was assigned the IP Address 97.117.214.77. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Defendant John Doe 53 has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

/ /

/ /

/ /

/ /

1

1  DATED this 21st day of October, 2011.

Respectfully submitted,

/s/ Ryan J. Stevens
Ryan J. Stevens
AZ Bar No. 026378
STEVENS LAW OFFICE, PLC
309 N. Humphreys Street, Suite 2
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*