IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| K-Beech, Inc., | ) | No. CV-11-01604-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| John Does 1-54, | ) | |
| Defendants. | ) | |

The Court having reviewed the Plaintiff's Notice of Voluntary Dismissal with Prejudice of Doe 53 Only (Doc. 14) filed on October 21, 2011, and good cause appearing,

IT IS ORDERED directing the Clerk of the Court to dismiss with prejudice Doe Defendant 53 ONLY from the above-entitled action.

DATED this 24th day of October, 2011.

Neil V. Wake
United States District Judge