George Hernandez
5231 W. Cambridge Avenue
Phoenix, Arizona 85035

Defendant, aka John Doe #7, Pro Per

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K-BEECH, INC., | Civil Action No.: 11-CV-1604-NVW |
| Plaintiff, | **ANSWER OF GEORGE HERNANDEZ, AKA JOHN DOE #7** |
| vs. | |
| JOHN DOES 1-54, | |
| Defendants. | |

Defendant, George Hernandez aka John Doe #7, pro per, for his answer to the above entitled matter hereby states the following:

I.

As to paragraphs 1-6, Defendant is without sufficient knowledge and/or information to admit or deny the information/allegations contained therein, but as far as a response is required hereby denies the information/allegations contained therein.

II.

As to paragraph 7, Defendant admits the allegations contained therein.

III.

As to paragraphs 8-55, Defendant is without sufficient knowledge and/or information to admit or deny the information/allegations contained therein, but as far as a response is required hereby denies the information/allegations contained therein.

IV.

As to paragraphs 56-65, Defendant is without sufficient knowledge and/or information to admit or deny the information/allegations contained therein, but as far as a response is required hereby denies the information/allegations contained therein.

## V.

Defendant, George Hernandez aka John Doe #7, hereby alleges and reserves the right to allege in the future all affirmative defenses as set forth in the Federal Rules of Civil Procedure including but not limited to those specified in Rule 12 including Rule 12(b)(6) and those at common law.

WHEREFORE, Defendant, George Hernandez aka John Doe #7, having fully answered the complaint of plaintiff (counts I & II) hereby requests that the Court:

(A) Deny Plaintiff's the relief requested in their complaint;

(B) Enter judgment in favor of this answering defendant;

(C) Award this answering defendant his reasonable attorney's fees and costs in defending this action;

(D) Grant this answering defendant any other and further relief this Court deems just and proper.

Dated this 30th day of December, 2011.

By: *[signature]*
George Hernandez
Defendant, Pro Per

Copy of the foregoing mailed this 30th day of December, 2011, to:

Ryan J. Stevens, Esq.
Stevens Law Office, PLC
309 N. Humphreys Street, Suite 2
Flagstaff, Arizona 86001

By: GH