Law Office of Richard H. Flaaen
Richard H. Flaaen (AZ State Bar No. 007386)
20280 N. 59th Avenue, Ste. 115-738
Glendale, Arizona  85308
Phone: (623) 826-4735
rflaaen@aol.com

Attorney for Defendant Richard Saathoff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **K-BEECH, INC.,** | Case No. 2:11-cv-01604-NVW |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| **GEORGE HERNANDEZ, SHANA SHREIBER, RICHARD SAATHOFF, BRIAN TROTTIER, and CATHERINE VALDEZ,** | |
| Defendants. | |

Counsel for Defendant Richard Saathoff hereby gives notice that his address/contact information had changed as follows:

>Law Office of Richard H. Flaaen
>Richard H. Flaaen
>AZ Bar No. 007386
>20280 N. 59th Avenue, Ste. 115-738
>Glendale, AZ  85308
>Telephone: (623) 826-4735
>Email: rflaaen@aol.com

Dated this 3rd day of January, 2012.

/s/ Richard H. Flaaen
Attorney for Defendant Richard Saathoff