1   **STEVENS LAW OFFICE, PLC**
    Ryan J. Stevens (AZ Bar No. 026378)
2   309 N. Humphreys Street, Ste. 2
    Flagstaff, Arizona 86001
3   Phone: (928) 226-0165
    Fax: (928) 752-8111
4   stevens@flagstaff-lawyer.com
    *Attorney for Plaintiff*
5

6                  IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8   K-BEECH, INC.,
                                              Case No. 2:11-cv-01604-NVW
9                    Plaintiff.

10  v.                                        **MOTION FOR ENTRY OF
                                              CLERK'S DEFAULT PURSUANT
11                                            TO FED.R.CIV.P. 55(a)
    GEORGE HERNANDEZ, SHANA SHREIBER,         AGAINST DEFENDANTS, SHANA
12  RICHARD SAATHOFF, BRIAN TROTTIER          SHREIBER AND CATHERINE
    and CATHERINE VALDEZ,                     VALDEZ**
13
                     Defendants.
14

15      Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default

16  against Defendants, SHANA SHREIBER and CATHERINE VALDEZ, for failing

17  to plead or otherwise defend this action as required by law. Attached hereto as

18  Exhibit A is the Declaration in Support of Request for Entry of Default. Attached

19  hereto as Exhibit B is the Proposed Entry of Default.

20  / /

21  / /

22  / /

23  / /

24

                                       1

1    DATED this 5th day of January, 2012.

2                                               Respectfully submitted,

3                                               /s/ Ryan J. Stevens
                                                Ryan J. Stevens
4                                               AZ Bar No. 026378
                                                STEVENS LAW OFFICE, PLC
5                                               309 N. Humphreys Street, Suite 2
                                                Flagstaff, Arizona 86001
6                                               Telephone: (928) 226-0165
                                                Facsimile: (928) 752-8111
7                                               Email: stevens@flagstaff-lawyer.com
                                                *Attorney for Plaintiff*
8

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ Ryan J. Stevens
Ryan J. Stevens