UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| K. Beech Incorporated, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CV11-1604-PHX-NVW |
| vs. | ) |
| | ) |
| | ) **ENTRY OF DEFAULT** |
| George Hernandez, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

-----------------------------------

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the Plaintiff's request, default is hereby entered as to Defendant Shana Shreiber and Catherine Valdez.

    DEFAULT ENTERED this 6th day of Jan. 2012

                                      BRIAN D. KARTH,
                                      CLERK/DCE

                                      <u>S/ D. Taylor</u>
                                      Deputy Clerk