Law Office of Richard H. Flaaen
Richard H. Flaaen (AZ State Bar No. 007386)
20280 N. 59th Avenue, Ste. 115-738
Glendale, Arizona  85308
Phone: (623) 826-4735
rflaaen@aol.com

Attorney for Defendant Richard Saathoff

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **K-BEECH, INC.,** | **Case No. 2:11-cv-01604-NVW** |
| Plaintiff**,** | **SEPARATE ANSWER OF DEFENDANT RICHARD SAATHOFF** |
| **vs.** | (First Request) |
| **GEORGE HERNANDEZ, SHANA SHREIBER, RICHARD SAATHOFF, BRIAN TROTTIER, and CATHERINE VALDEZ,** | |
| Defendants**.** | |

Defendant Richard Saathoff (hereinafter "Saathoff"), by and through his attorney undersigned, hereby answer Plaintiff's Complaint in the above captioned matter as follows:

1.     In response to Paragraphs 1 and 2 of the Amended Complaint, Defendant Saathoff admits Plaintiff's action is brought under the 17 U.S.C. §§ 101 et. seq., and alleges Defendant Saathoff has committed direct and contributory copyright infringement.  Defendant Saathoff denies he has committed either direct or contributory copy right infringement and denies all remaining allegations set forth in Paragraphs 1 and 2 of the Amended Complaint not expressly admitted herein.

2.      In response to Paragraphs 3, 4 and 5 of the Amended Complaint, Defendant Saathoff admits jurisdiction and venue of this action lies with this Court.  Defendant Saathoff denies all remaining allegations set forth in Paragraphs 3, 4 and 5 of the Amended Complaint not expressly admitted herein.

3.      In response to Paragraphs 6, 7, 8, 10, 11, 12, 13and 14 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, therefore, denies each and every allegation set forth therein.

4.      In response to Paragraph 9 of the Amended Complaint, Defendant Saathoff admits he is an individual and that his current residence is 15609 North Poppy Street, El Mirage, AZ 85335.  Defendant Saathoff denies all remaining allegations set forth in Paragraph 9 of the Amended Complaint not expressly admitted herein.

5.      In response to Paragraph 15 of the Amended Complaint, Defendant Saathoff denies each and every allegation set forth therein.

6.      In response to Paragraphs 16, 17, 18 and 19 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the truth to the allegations set forth therein and, therefore, denies each and every allegation set forth therein.

7.      In response to Paragraph 20 of the Amended Complaint, Defendant Saathoff denies that he installed a BitTorrent Client onto his computer.  Defendant Saathoff is without sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 20 and, therefore, denies all remaining allegations set forth therein.

8.      In response to Paragraphs 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 31 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.

9.      In response to Paragraph 32 of the Amended Complaint, Defendant Saathoff denies he went to a torrent site to upload and download Plaintiff's copyrighted work.  Defendant Saathoff is without sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 32 and, therefore, denies all remaining allegations set forth therein.

10.      In response to Paragraphs 33, 34, 35 and 36 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.

11.      In response to Paragraph 37 of the Amended Complaint, Defendant Saathoff denies participating in a "swarm" with any other defendants or persons, and denies interacting or communicating with any other defendants through digital handshakes, the passing along of computer instructions, uploading and downloading, or any other transmissions.  Defendant Saathoff is without sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 37 and, therefore, denies all remaining allegations set forth therein.

12.      In response to Paragraphs 38, 39, 40, 41, 42 and 43  of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.  Defendant Saathoff expressly denies copying or transmitting to others any of Plaintiff's copyrighted work.

13.      In response to Paragraphs 44 of the Amended Complaint, Defendant Saathoff denies using his computer to access or transmit a full copy or any portion of Plaintiff's copyrighted work.  Saathoff is without sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 44 and, therefore, denies all remaining allegations set forth therein.

14.     In response to Paragraphs 45, 46, 47 and 48 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.  Defendant Saathoff expressly denies copying or transmitting to others any of Plaintiff's copyrighted work.

15.     In response to Paragraph 49 of the Amended Complaint, Defendant Saathoff hereby reaffirms each response previously made to Paragraphs 1 through 48 as if set forth fully herein.

16.     In response to Paragraph 50 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.

17.     In response to Paragraph 51 of the Amended Complaint, Defendant Saathoff denies using the BitTorrent protocol and a BitTorrent client, or any other means, to copy, transmit or share all or any part of Plaintiff's copyrighted work, including, but not limited to, the registered Work identified in the Amended Complaint. Saathoff is without sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 51 and, therefore, denies all remaining allegations set forth therein.

18.     In response to Paragraph 52 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.

19.     In response to Paragraph 53 of the Amended Complaint, Defendant Saathoff denies each and every allegation contained therein as relates to Defendant Saathoff.  In response to allegations against other defendants as alleged in Paragraph 53 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to those allegations and, therefore, denies each and every said allegation.

20.     In response to Paragraphs 54 and 55 of the Amended Complaint, Defendant Saathoff denies each and every allegation contained therein as relates to Defendant Saathoff.  In response to allegations against other defendants as alleged in Paragraphs 54 and 55 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to those allegations and, therefore, denies each and every said allegation.

21.     In response to Paragraph 56 of the Amended Complaint, Defendant Saathoff hereby reaffirms each response previously made to Paragraphs 1 through 48 as if set forth fully herein.

22.     In response to Paragraph 57 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.

23.     In response to Paragraphs 58 and 59 of the Amended Complaint, Defendant Saathoff denies each and every allegation contained therein as relates to Defendant Saathoff.  In response to allegations against other defendants as alleged in Paragraphs 58 and 59 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to those allegations and, therefore, denies each and every said allegation.

24.     In response to Paragraph 60 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or information to form a belief as to the allegations set forth therein and, therefore, denies each and every allegation therein.

25.     In response to Paragraphs 61, 62, 63 and 64 of the Amended Complaint, Defendant Saathoff denies each and every allegation contained therein as relates to Defendant Saathoff.  In response to allegations against other defendants as alleged in Paragraphs 61, 62, 63 and 64 of the Amended Complaint, Defendant Saathoff is without sufficient knowledge or

1   information to form a belief as to those allegations and, therefore, denies each and every said

2   allegation.

3          26.      In response to Paragraph 65 of the Amended Complaint, Defendant Saathoff is

4   without sufficient knowledge or information to form a belief as to the allegations set forth therein

5   and, therefore, denies each and every allegation therein.

6          WHEREFORE, having fully answered Plaintiff's Amended Complaint as relates to

7   Defendant Richard Saathoff, Defendant Saathoff hereby requests the Court issue its Order:

8          A.      Dismissing Plaintiff's complaint as to Defendant Saathoff and order that Plaintiff

9   take nothing thereby.

10          B.      Award Defendant Saathoff his attorney's fees and costs incurred in defending this

11  action.

12          C.      Award Defendant Saathoff such other relief as the court deems just and proper.

13  Dated and respectfully submitted this 20th day of January, 2012.

14                                          /s/ Richard H. Flaaen_____
                                            Attorney for Defendant Richard Saathoff
15                                          Richard H. Flaaen
                                            AZ Bar No. 007386
16                                          Law Office of Richard H. Flaaen
                                            20280 N. 59th Avenue, Ste. 115-738
17                                          Glendale, AZ  85308
                                            Telephone: (623) 826-4735
18                                          Email: rflaaen@aol.com

19

20  I hereby certify that on December 30, 2011, I electronically
    transmitted the attached Document to the Clerk's Office using
21  the CM/ECF System for filing and transmittal of a Notice of Electronic
    Filing to the following CM/ECF registrants:

22  Ryan J. Stevens, AZ Bar No. 026378
    Attorney for Plaintiff
23
    /s/ Richard H. Flaaen_____
24  Attorney for Defendant Richard Saathoff