**STEVENS LAW OFFICE, PLC**
Ryan J. Stevens (AZ Bar No. 026378)
309 N. Humphreys Street, Ste. 2
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K-BEECH, INC., <br><br> Plaintiff. <br><br> v. <br><br> GEORGE HERNANDEZ, SHANA SHREIBER, RICHARD SAATHOFF, BRIAN TROTTIER and CATHERINE VALDEZ, <br><br> Defendants. | Case No. 2:11-cv-01604-NVW |

**NOTICE OF FILING EXHIBIT TO PLAINTIFF'S RESPONSE TO DEFENDANT BRIAN BOURGAIN-TROTTIER FIRST REQUEST FOR <u>PRODUCTION OF DOCUMENTS</u>**

PLEASE TAKE NOTICE that attached hereto is:

(1)   Protective Order

which is an exhibit to Plaintiff's Response to Defendant Brian Bourgain-Trottier's First Request for Production of Documents, noted as Exhibit A in the Response.

/ /

/ /

1

1  DATED this 30th day of January, 2012.

Respectfully submitted,

/s/ Ryan J. Stevens
Ryan J. Stevens
AZ Bar No. 026378
STEVENS LAW OFFICE, PLC
309 N. Humphreys Street, Suite 2
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system, and a copy was sent via certified mail to Brian Trottier, 10711 E Bramble Ave., Mesa, AZ 85208.

/s/ Ryan J. Stevens
Ryan J. Stevens