1  **STEVENS LAW OFFICE, PLC**
    Ryan J. Stevens (AZ Bar No. 026378)
2  309 N. Humphreys Street, Ste. 2
    Flagstaff, Arizona 86001
3  Phone: (928) 226-0165
    Fax: (928) 752-8111
4  stevens@flagstaff-lawyer.com
5  *Attorney for Plaintiff*

6            **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8  K-BEECH, INC.,

9            Plaintiff.                    Case No. 2:11-cv-01604-NVW

10  v.                                     **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT, RICHARD SAATHOFF ONLY**
11  GEORGE HERNANDEZ, SHANA SHREIBER,
    RICHARD SAATHOFF, BRIAN TROTTIER
12  and CATHERINE VALDEZ,

13            Defendants.
14

15       Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, K-

16  Beech, Inc. and Defendant, Richard Saathoff have settled this matter and enter this

17  Voluntary Stipulation of Dismissal with Prejudice. Defendant, Richard Saathoff was

18  assigned the IP Address 72.222.185.5.

19  / /

20  / /

21  / /

22

23

24
                                    1

1  DATED this 2nd day of February, 2012.

2

3  Respectfully submitted,

4  /s/ Ryan J. Stevens            /s/ Richard Harold Flaaen
   Ryan J. Stevens                Richard Harold Flaaen
5  AZ Bar No. 026378              Law Office of Richard H Flaaen
   STEVENS LAW OFFICE, PLC        20280 N 59th Ave., Ste. 115-738
6  309 N. Humphreys Street, Suite 2   Glendale, AZ 85308
   Flagstaff, Arizona 86001       Telephone: (623) 876-4735
7  Telephone: (928) 226-0165      Email: rflaaen@aol.com
   Facsimile: (928) 752-8111      *Attorney for Defendant, Richard Saathoff*
8  Email: stevens@flagstaff-lawyer.com
   *Attorney for Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 2, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                /s/ Ryan J. Stevens
                                Ryan J. Stevens