IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K-Beech, Incorporated, ) | No. CV 11-01604-PHX-NVW |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| George   Hernandez,   Shana   Schreiber,) | |
| Richard   Saathoff,   Brian   Trottier,   and) | |
| Catherine Valdez, ) | |
| ) | |
| Defendants. ) | |

The Court having entered the defaults of Defendants Shana Schreiber and Catherine Valdez,

IT IS ORDERED THAT DEFAULT JUDGMENT IS GRANTED against Defendant Shana Schreiber for $750.00 and against Defendant Catherine Valdez for $750.00, each amount cumulative of the other, with interest accruing from the date of judgment at 0.13% per annum.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Shana Schreiber and Catherine Valdez are each permanently enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the motion picture "Virgins 4," including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute "Virgins 4," or to make it available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Shana

2  Schreiber and Catherine Valdez shall each destroy all copies of "Virgins 4" that they or

3  either of them have downloaded onto any computer hard drive or server without Plaintiff's

4  authorization, and shall destroy all copies of "Virgins 4" transferred onto any physical

5  medium or device in the possession, custody, or control of either of them.

6    DATED this 9th day of February, 2012.

7

8  _____

       Neil V. Wake
9      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28