IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| K-Beech, Inc., | ) | No. CV-11-01604-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| George Hernandez, et al., | ) | |
| Defendants. | ) | |

The Court having reviewed the parties' Stipulation of Voluntary Dismissal with Prejudice of Defendant Brian Trottier ONLY (Doc. 47) filed on March 9, 2012, and good cause appearing,

IT IS ORDERED directing the Clerk of the Court to dismiss Defendant Brian Trottier ONLY.

DATED this 9th day of March, 2012.

_____
Neil V. Wake
United States District Judge